No. 01–7889. SAFOUANE ET UX. *v.* WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Motion of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–7924. AGUILAR, AKA OZMAN *v.* NEW MEXICO. Dist. Ct. N. M., Bernalillo County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–7929. GYADU *v.* D'ADDARIO INDUSTRIES, INC., ET AL. Sup. Ct. Conn. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1 See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 01M42. HEASER *v.* TORO CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 01–8623. IN RE SMITH;
No. 01–8669. IN RE CROWLEY;
No. 01–8682. IN RE GLOVER;
No. 01–8693. IN RE OWENS-EL; and
No. 01–8779. IN RE MILLER. Petitions for writs of habeas corpus denied.

No. 01–8681. IN RE HOWARD. Petition for writ of mandamus denied.